UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Stacey Mottram, et al

      v.                                      Civil No. 16-cv-546-PB

Wells Fargo Bank, NA


O R D E R

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 10, 2017.  The plaintiffs' request for a preliminary injunction is denied without prejudice. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to

magistrate's report will waive the right to appeal).


　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　/s/ Paul Barbadoro
　　　　　　　　　　　　　　　　　　　Hon. Paul Barbadoro
　　　　　　　　　　　　　　　　　　　United States District Court



Date: March 28, 2017

cc:　　Stacey Mottram, pro se
　　　　Darrin M. Mottram, pro se
　　　　Joseph Patrick Kennedy, Esq.